

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2024

No. 04-23-01038-CR

**EX PARTE** Maurice A. **MOSES**

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR8924-W1
Honorable Angus McGinty, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 24, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2024.

Michael A. Cruz, Clerk of Court